11-CV-00847-CLM

FILED ENTERED
LODGED RECEIVED

JUL 13 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DAVID MUNGAI NJENGA,

Petitioner,

v.

NATHALIE ASHER,

Respondent.

Case No. C11-847-JLR-BAT

**ORDER GRANTING MOTION FOR STAY OF BRIEFING UNTIL ISSUANCE OF MANDATE IN *DIOUF V. NAPOLITANO***

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion for Stay of Briefing Pending Issuance of Mandate in *Diouf v. Napolitano*, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, ~~and any~~ Petitioner's ~~objections thereto~~ Objection (Dkt 16), and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.
2. Respondent's Motion for Stay of Briefing Pending Issuance of Mandate in *Diouf v. Napolitano,* Dkt. No. 12, is GRANTED. Respondents shall file their Return and Status Report no later than 45 days after the Ninth Circuit issues its mandate in *Diouf.*
3. The Clerk shall remove any pending motions from the motion calendar until further notice by the Court.

4. Respondent shall notify the Court once the mandate in *Diouf* issues.

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 13th day of July, 2011.

JAMES L. ROBART
United States District Judge

ORDER GRANTING MOTION FOR STAY OF BRIEFING UNTIL
ISSUANCE OF MANDATE IN *DIOUF V. NAPOLITANO* - 2