```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

       JUL 13 2011

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAVID MUNGAI NJENGA,

      Petitioner,

v.

NATHALIE ASHER,

      Respondent.

Case No. C11-847-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, petitioner's motion for voluntary dismissal, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections thereto, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.
2. Petitioner's motion for voluntary dismissal, Dkt. No. 14, is GRANTED, and this matter is dismissed with prejudice and without fees or costs to either party.
3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 13th day of July, 2011.

                                JAMES L. ROBART
                                United States District Judge

ORDER OF DISMISSAL - 1

11-CV-00847-CERT